# EXHIBIT C




Print   Close

# Burger King manager arrested for throwing sauce at customer

By ,

Published November 27, 2016

Fox News



Douglas Waterman, a manager at a New Hampshire Burger King, was arrested on assault charges for allegedly throwing sauce on a customer.

A Burger King manager in New Hampshire is facing an assault charge after allegedly throwing sauce at a customer during an in-store altercation.

Douglas Waterman of Conway, N.H. was arrested Monday following the beef-based brawl, reports WGME.

According to a police report, the incident started after a customer complained that her burger had no bun. Conway Police Sgts. Russell McLauchlan and Terrence Spittler, who responded to the scene, say Waterman then started yelling at the customer, picked up a bottle of sauce and sent the liquid soaring toward the customer. Waterman told police that he was verbally assaulted first by the customer but later admitted to throwing the condiment and was arrested.

"Courtney Butler [customer] stated to Sgt. Spittler that she returned a sandwich at Burger King that was made wrong and had no bun on it," Conway Police Sgts. Russell McLauchlan wrote in his report. Butler stated that the manager began yelling at her, then picked up some sauce, threw it in her direction and some landed on her shirt.

"Sgt. Spittler observed the sauce was orange and yellow in color."

But this isn't the first time a customer almost took a whooping at the "Home of the Whopper."

Last year, a Burger King patron was involved in an altercation with an employee following a request for a refund after purchasing a shake. Instead of offering a reimbursement or replacement, the employee cursed at the customer and even threatened to slap her for taking a video of the altercation.

The fast-food chain later issued an apology and fired the worker viewed in the clip.

Altercations aside, Burger King is still rolling right along with its new menu additions. The restaurant recently released a series of sandwiches in their "Meatatarian Range," in New Zealand, the highlight being the "Full Meaty," which has two beef patties, a chicken patty, six bacon strips, two slices of cheese, barbeque sauce and onion all on one single roll.

And if you can't get to New Zealand any time soon, foodies closer to home in the U.S. can bite into the restaurant's new Whooperito, a burger-burrito hybrid that lists seasoned ground beef, onions, tomatoes, lettuce and pickles among the ingredients wrapped up in a flour tortilla.

No word on whether the Whooperito comes with an extra side of sauce from a store manager.

Print    Close

**URL**

https://www.foxnews.com/food-drink/burger-king-manager-arrested-for-throwing-sauce-at-customer

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.Do Not Sell my Personal Information - New Terms of Use - FAQ

3/8/22, 11:36 AM
Case 1:22-cv-10349-NMG   Document 1-3   Filed 03/08/22   Page 4 of 5
Burger King manager accused of throwing sauce at customer | News | conwaydailysun.com

https://www.conwaydailysun.com/news/burger-king-manager-accused-of-throwing-sauce-at-customer/article_7a3ec45f-bb5a-5a7b-87ba-214318575c47.html

# Burger King manager accused of throwing sauce at customer

Aug 23, 2016

CONWAY — A manager at the North Conway Burger King has been charged with assault for allegedly throwing sauce at a disgruntled customer.

Douglas Waterman, 32, of Conway was released on $1,000 personal recognizance bail on one charge of simple assault.

The alleged assault took place at around 5 p.m. on Aug. 7, a Sunday.

Responding to the scene were Conway Police Sgts. Russell McLauchlan and Terrence Spittler.

McLauchlan wrote the police affidavit, which said the incident started with a customer complaint.

"Courtney Butler stated to Sgt. Spittler that she returned a sandwich at Burger King that was made wrong and had no bun on it," wrote McLauchlan.

He wrote that Butler further stated "that while talking to the manager who was later identified as Douglas Waterman he began yelling at her and threw sauce at her that landed on the back of her shirt.

"Sgt. Spittler observed the sauce was orange and yellow in color."

According to McLauchlan, while the police were investigating, Waterman went over to Spittler and Butler and began speaking loudly.

He told the police that Butler had caused a scene and "verbally assaulted him." He admitted to throwing the sauce at Butler. Spittler then placed him under arrest.

Police also learned that Waterman had an o[pen case from] 2012.



After being arrested, Waterman refused the services of a bail commissioner even though his wife had money for the fee. Instead, he waited to be heard by a judge.

Judge John Pendleton let Waterman go free on $1,000 personal recognizance bail.

Waterman was given a trial date of Nov. 29 at 1 p.m. in circuit court.

A Burger King manager reached by phone Tuesday said she had no comment.

Find Your Flicker
SHOP LIGHTING
1st